entered June 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The deceased was foreman of the men engaged in making packing boxes in the defendant's printing establishment, his principal duty, however, being to operate the circular saws, by means of which boards of various sizes were cut into the required shape and size for the making of these boxes. The plaintiff claims that a stick was thrown by a circular saw and struck the deceased causing a fatal injury, and demands damages, alleging that the defendant negligently failed to comply with section 81 of the Labor Law, requiring circular saws to be "properly guarded."

*Frank Verner Johnson* and *Amos H. Stephens* for appellant.

*Edwin D. Webb* and *Frederick N. Van Zandt* for respondent.

Judgment affirmed, with costs: no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT CASSIDY, Appellant.

*People* v. *Cassidy*, 174 App. Div. 904, affirmed.
(Argued October 23, 1916; decided November 28, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 26, 1916, which affirmed a judgment of the Schuyler County Court rendered upon a verdict convicting the defendant of the crime of rape in the second degree.

*Oscar J. Brown* for appellant.

*Leon S. Church* for respondent.

Judgment affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and POUND, JJ. Not sitting: HOGAN, J.

---

JOSEPH C. RINTELEN, Appellant, *v.* ROSE D. SCHAEFER, Individually and as Executrix of ELIZABETH RINTELEN, Deceased, et al., Respondents, Impleaded with Another.

*Rintelen* v. *Schaefer*, 168 App. Div. 958, affirmed.
(Argued November 2, 1916; decided November 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1915, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action under section 2653a of the Code of Civil Procedure to determine the validity of the will of Elizabeth Rintelen, deceased. Three issues were raised by the pleadings, viz.: Testamentary capacity; undue influence; and execution not in conformity with the statute.

*Gormly J. Sproull* and *John McG. Goodale* for appellant.

*Henry C. Frey* and *Gaston F. Livett* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.